IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Case No.:  1:19-cv-2457-MHC-JFK

LEWIS LAKE,

   Plaintiff,

v.

HAYT, HAYT & LANDAU, P.L., A
PROFESSIONAL LIMITED
LIABILITY COMPANY (LLC),
and ELTMAN LAW, P.C.,

   Defendants.
_____/

## **DEFENDANT HAYT, HAYT & LANDAU, P.L.'S AMENDED INITIAL DISCLOSURES**

**COMES NOW** Defendant, HAYT, HAYT & LANDAU, P.L. ("Defendant"), by and through its undersigned counsel, without waiving any claim of privilege, work product, or other basis for non-disclosure, and based on information presently available, hereby makes the following initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure. Defendant reserves the right to supplement its disclosures as provided by the Federal Rules of Civil Procedure and the Local Rules of this Court.

1

**(1)    If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.**

Defendant is properly identified.

**(2)    Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.**

Defendant knows of no such parties at this time.

**(3)    Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.**

Defendant contends that it did not commit any violation of the FDCPA. Alternatively, Defendant asserts that any violation was a bona fide error that occurred despite the maintenance of procedures reasonably tailored to avoid such error.

**(4)    Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.**

Defendant contends that the FDCPA along with case law interpreting the same, are relevant to this case.

Defendant provides the following as an initial list of legal authorities that may be applicable to this action:

15 U.S.C. §§ 1692, *et seq.*

Defendant reserves the right to add additional statutes, codes, regulations, legal principles, standards, customs or usages, and illustrative case law as discovery continues in this case.

**(5)     Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)**

*See* Attachment A.

**(6)     Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in Fed. R. Civ. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosure as Attachment B.)**

Defendant has not identified an expert at this point. Defendant will supplement this disclosure in accordance with the Federal Rules of Civil Procedure, the Local Rules, and other applicable law, if necessary.

**(7)  Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)**

*See* Attachment C.

**(8)  In the space provided below, provide a computation of any category or damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying under Fed. R. Civ. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)**

Defendant has not made any claim of damages but reserves the right to do so at a later date should the facts established through discovery and the course of litigation indicate and support such damages.

**(9)  If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.**

At this time, Defendant does not contend that any third parties are potentially liable, but reserves the right to do so at a later date should facts revealed in discovery indicate that another party may be liable.

**(10)  Attach for inspection and copying as under Fed. R. Civ. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)**

Defendant does not have any documents that are responsive to Rule 26(a)(1)(A)(iv) at this time.

Defendant expressly reserves the right to amend, modify, and/or supplement the information contained herein.

Respectfully submitted this 22nd day of July, 2019.

>*/s/ Ernest H. Kohlmyer, III*
>Ernest H. Kohlmyer, III
>Georgia Bar No. 427760
>Florida Bar No.: 0110108
>Email: skohlmyer@shepardfirm.com
>Shepard, Smith, Kohlmyer & Hand, P.A.
>2300 Maitland Center Parkway, Suite 100
>Maitland, Florida 32751
>Telephone: (407) 622-1772
>*Attorneys for Defendant, Hayt, Hayt & Landau, P.L.*

## **ATTACHMENT A**

Defendant's initial disclosure of the identities of potential witnesses is based solely upon such information that Defendant has been able to discover thus far in the amount of time available, as well as Defendant's present analysis of the case, and shall not, in any way, be deemed to be a representation that additional witnesses do not exist. Accordingly, this disclosure is subject to Defendant's ability to discover additional individuals with knowledge of facts concerning the material allegations of Plaintiff's Complaint, or any of the defenses asserted by Defendant.

1. Lewis Lake
   c/o Clifford Carlson, Esq.
   Cliff Carlson Law, P.C.
   1114-C1 Highway 96 #347
   Kathleen, Georgia 31047
   Phone: 478-254-1018
   Email: cc@cliffcarlsonlaw.com

   Lewis Lake
   c/o Ronald Edward Daniels, Esq.
   P.O. BOX 4939
   Eastman, GA 31023
   Phone: 478.227.7331
   Email: ron@dlawllc.com
   rondanielslaw.com

Plaintiff is believed to possess information relating to Defendant's defenses and the claims in Plaintiff's Complaint.

2. Representative(s) from Hayt, Hayt & Landau, P.L.

7

       Ernest H. Kohlmyer, III, Esq.
       Shepard, Smith, Kohlmyer & Hand, P.A.
       2300 Maitland Center Parkway, Suite 100
       Maitland, FL  32751
       Phone: (407) 622-1772/Fax: (407) 622-1884
       Email: skohlmyer@shepardfirm.com

One or more representatives of Hayt, Hayt & Landau, P.L. may have knowledge about Plaintiff's account, as well as the allegations raised in Plaintiff's Complaint and the defenses asserted by Defendant.

3.      One or more representatives of Eltman Law, P.C.
       Unknown

One or more representatives of Eltman Law, P.C. may have knowledge about the allegations raised in Plaintiff's Complaint and the defenses asserted by Defendant regarding the debt collection.

4.      One or more representatives of the original creditor
       Unknown

One or more representatives of the original creditor that may have knowledge regarding the subject account.

5.      Any individual identified by any other party.

6.      In addition to any of the foregoing individuals, Defendant may retain one or more experts testify on various aspects of the subject account.

Identification of any person does not constitute a representation that such person has information that is non-privileged, nor does it constitute a waiver of any privilege or objection that may be made to such witness's testimony. Defendant reserves the right to rely on additional witnesses not disclosed herein that may be identified at a later date, as discovery has just begun in this matter and Defendant has yet to complete its investigation into Plaintiff's allegations.

## ATTACHMENT C

Defendant's document description is based solely upon such information and documents that Defendant has been able to discover thus far in the amount of time available, as well as Defendant's present analysis of the case, and shall not in any way be deemed to be a representation that additional documents do not exist. Defendant's investigation of the facts and circumstances surrounding the case is ongoing, and Defendant reserves the right to use additional documents not disclosed herein that may be discovered at a later date in its defense of this matter.

Notwithstanding the foregoing, and pursuant to the provisions of Fed. R. Civ. P. 26(a)(1)(A)(ii), Defendant identifies the following electronically stored categories of documents, data compilations and tangible things that may be relevant to disputed facts and which are held by Defendant:

1. E-Mails to/from Plaintiff, if they exist;

2. Letters to/from Plaintiff, if they exist;

3. Defendant anticipates that Plaintiff may also have documents, records, data and things that may be relevant to disputed facts.

Defendant may identify additional categories of documents, data compilations, and other tangible things through discovery and continued

investigation. Defendant specifically reserves the right to offer exhibits at trial that do not fall within the above listed category.

## CERTIFICATION OF COUNSEL

I hereby certify that the foregoing **DEFENDANT'S INITIAL DISCLOSURES** has been prepared with Times New Roman, 14 point font, one of the fonts and point selections approved by the Court in LR 5.1C.

> */s/ Ernest H. Kohlmyer, III*
> Ernest H. Kohlmyer, III
> Georgia Bar No. 427760
> Florida Bar No.: 0110108
> Email: skohlmyer@shepardfirm.com
> Shepard, Smith, Kohlmyer & Hand, P.A.
> 2300 Maitland Center Parkway, Suite 100
> Maitland, Florida 32751
> Telephone: (407) 622-1772
> *Attorneys for Defendant, Hayt, Hayt & Landau, P.L*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **July 22, 2019** via the Court Clerk's CM/ECF system which will provide notice to the following: Clifford Carlson, Esquire of Cliff Carlson Law, P.C. at cc@cliffcarlsonlaw.com and Ronald Edward Daniels, Esquire of Daniels Law LLC at ron@dlawllc.com (*Attorneys for Plaintiff*). I further certify that on the aforementioned date, I served the foregoing document to the following counsel of record via e-mail: Clifford Carlson, Esquire of Cliff Carlson Law, P.C. at cc@cliffcarlsonlaw.com and Ronald Edward Daniels, Esquire of Daniels Law LLC at ron@dlawllc.com (Attorneys for Plaintiff).

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Georgia Bar No. 427760
Florida Bar No.: 0110108
Email: skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, Florida 32751
Telephone: (407) 622-1772
*Attorneys for Defendant,* Hayt, Hayt & Landau, P.L.